**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymond Odin LAGOS–MURILLO, a.k.a. Antonio Cardona, a.k.a. Raymond Lagos, a.k.a. Denis Martinez–Murillo, Defendant–Appellant.**

**No. 05–11281
Non–Argument Calendar.
D.C. Docket No. 04–00026–
CR–4–RH–WCS.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 12, 2005.

Robert O. Davis, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, William Rourk Clark, Jr., Office of the Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Court-appointed counsel for Ramon Odin Lagos–Murillo seeks to withdraw on appeal pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is

correct. Because independent examination reveals no arguable issues of merit on which to base an appeal, counsel's motion to withdraw is GRANTED, and Lagos–Murillo's conviction and sentence is AFFIRMED.